NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 1 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROSA HERLINDA RUIZ-MENENDEZ, | No. 13-70747 |
| Petitioner, | Agency No. A072-992-171 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 25, 2016**

Before:    LEAVY, GRABER, and CHRISTEN, Circuit Judges.

Rosa Herlinda Ruiz-Menendez, a native and citizen of Guatemala, petitions

for review of the Board of Immigration Appeals' ("BIA") order denying her

motion to reconsider. We have jurisdiction under 8 U.S.C. § 1252. We review for

abuse of discretion the denial of a motion to reconsider. *Mohammed v. Gonzales*,

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

400 F.3d 785, 791 (9th Cir. 2005).  We deny the petition for review.

The BIA did not abuse its discretion in denying Ruiz-Menendez's motion to reconsider because she failed to identify any error of fact or law in the BIA's prior order.  *See* 8 C.F.R. § 1003.2(b)(1).

**PETITION FOR REVIEW DENIED.**